UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Laura Paulovich,

              Plaintiff,        Case No. 19-12760

v.                                     Judith E. Levy
                                     United States District Judge

Social Security Commissioner,
                                     Mag. Judge Anthony P. Patti

              Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [14], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]

This is a Social Security appeal. Before the Court is Magistrate Judge Anthony P. Patti's report and recommendation ("R&R") (ECF No. 14) recommending the Court DENY Plaintiff's motion for summary judgment (ECF No. 8) and GRANT Defendant's motion for summary judgment (ECF No. 12).

Magistrate Judge Patti issued the R&R on February 8, 2021. (ECF No. 14.) The parties were required to file specific written objections to the report and recommendation within 14 days of service—which here was

February 22, 2021. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the report and recommendation and concurs in the reasoning and result. Accordingly,

The report and recommendation (ECF No. 14) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 8) is DENIED;

Defendant's motion for summary judgment (ECF No. 12) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: March 5, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).